RDDS

Ivan Rueda
_____
FULL NAME

_____
COMMITTED NAME (if different)

3901 Klein Blvd
_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Lompoc, CA 93436
_____

46536-112
_____
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

SEP 29 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ivan Rueda,

PLAINTIFF,

v.

Bryan Birkholz,

DEFENDANT(S).

CASE NUMBER

2:25cv09382-SB-MAA
*To be supplied by the Clerk*

### CIVIL RIGHTS COMPLAINT
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

**CIVIL RIGHTS COMPLAINT**

a.  Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b.  Court _____

_____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it

appealed?  Is it still pending?) _____

f.  Issues raised: _____

_____

_____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint
occurred?  ☒ Yes    ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint?  ☒ Yes    ☐ No

If your answer is no, explain why not _____

_____

_____

3.  Is the grievance procedure completed?  ☒ Yes    ☐ No

If your answer is no, explain why not _____

_____

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff ____Ivan Rueda_____

(print plaintiff's name)

who presently resides at _____3901 Klein Blvd., Lompoc, CA 93436_____ ,

(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

____Federal Correctional Institution – Lompoc II_____

(institution/city where violation occurred)

---

**CIVIL RIGHTS COMPLAINT**

on (date or dates) _____ , _____ , _____ .
                        (Claim I)              (Claim II)              (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant _____**Bryan Birkholz**_____ resides or works at
                 (full name of first defendant)

          **3901 Klein Blvd**
          (full address of first defendant)

          **Warden**
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
    As the Warden of the institution, he is to ensure that the Departments provide inmates with their needs in accordance to the law and the policy statements.

2.   Defendant _____ resides or works at
                 (full name of first defendant)

          _____
          (full address of first defendant)

          _____
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

3.   Defendant _____ resides or works at
                 (full name of first defendant)

          _____
          (full address of first defendant)

          _____
          (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

4.  Defendant _____ resides or works at

(full name of first defendant)

_____

(full address of first defendant)

_____

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

5.  Defendant _____ resides or works at

(full name of first defendant)

_____

(full address of first defendant)

_____

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

(1) The Federal Bureau of Prisons to assign to him an inmate companion to assist him in the mobility around the facility.

(2) Transfer him to a Bureau of Prisons facility that has the inmate companion program available to do so.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Since Mr Rueda entered into the custody of the Bureau of Prisons on October 22, 2021 he has requested repeated for the Bureau of Prisons at Lompoc to provide him with an inmate companion to assist in his mobility around the facility because he is blind. The BOP has remained indifferent to his needs where he is constantly injuring himself from bumping into the corners of the fixtures around the facility because they are made out of concrete and iron. The BOP also refuses to transfer him to a facility that has the inmate companion program that can accomodate his medical needs.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Mr. Rueda respectfully asks for the court's assistance to order the BOP to provide him with an inmate companion to assist him with the mobility around the facility or trnasfer him to a facility that has the program that can accomodate his condition.

9.24.25
(Date)

(Signature of Plaintiff)

CIVIL RIGHTS COMPLAINT

# BP-8 Request

INFORMAL RESOLUTION REQUEST          DATE: ___10-01-2024___

NAME: ___Rueda___ REG. NO.: __46536-112__ UNIT: __H__

INMATE'S COMPLAINT: I WANT TO GRIEVE MEDICAL for deliberate indifference, by changing my "care-level" from a "3" to a "2" blind person, needs a care taker, medical assistance, larger cell-house without obstacles, no ADA shower for blind person, no ADA cell-house for blind person. This facility is "NOT" setup for ADA - blind people. I should be at a medical facility that is better prepared to handle people with blindness in both eyes. and supplies a "paid" care-taker that is able to take me to the shower, commissary, chow-hall, medical - pill-line and dental services. Right now, I have to depend on others to take me at this time.

RELIEF REQUESTED:
"Change my care-level back to a "3" from a "2" and send me to a medical facility ASAP. Thank You

INMATE SIGNATURE: _____          DATE: ___10-1-2024___

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 18, 2024


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      LOMPOC II FCI

TO  : IVAN RUEDA, 46536-112
      LOMPOC II FCI    UNT: 4 GP    QTR: H01-009L
      3901 KLEIN BLVD
      LOMPOC,  CA 93436


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1219472-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : NOVEMBER 18, 2024
SUBJECT 1       : TRANSFER FOR MEDICAL REASONS
SUBJECT 2       : OTHER MEDICAL MATTERS
INCIDENT RPT NO:

REJECT REASON 1: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).   YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 2: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 3: SEE REMARKS.

REJECT REASON 4: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : CLEARLY STATE YOUR SINGLE COMPLAINT/REQUEST AND THE
                  RELIEF YOU ARE SEEKING ON BP-9

UNICOR FEDERAL PRISON INDUSTRIES. INC.
LEAVENWORTH. KANSAS

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **RUEDA, IVAN**                **46536-112**        **H-UNIT**        **FCI II LOMPOC**

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.              UNIT                INSTITUTION

**Part A– INMATE REQUEST** I want to appeal/grieve the decision from medical director Christopher for NOT providing me the necessary "Inmate Companion" that is by policy supposed to "HELP" take care of me and my needs at this institution.
    I requested to have my "CARE-LEVEL" of 2 changed back to a "Care-Level 3" because I cannot take care of my "Daily Living Skills" here without having to pay the people around me to take me to the shower, health services, pill line, store, education, yard, movies, phone, put my dirty clothes out for cleaning ect. ect. I DO NOT have a "Inmate Companion" at this time nor has this facility ever provided one for me since my arrival here back in 2021. I requested a transfer to a medical facility that is better equipted to deal with ADA Blind people and that have ADA compliant showers and cell houses that are Blind people friendly. Please transfer me to a medical facility and change my "CARE-LEVEL" back a 3-BLIND INMATE.

_____11-11-2024_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____    _____    _____    _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT        INSTITUTION

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: RUEDA, IVAN                 46536-112            H-UNIT        FCI II LOMPOC

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** I want to grieve health services medical director Christopher for "NOT" providing me with the necessary "Inmate Companion" that is by BOP Policy for a care level 2 "Blind-Inmate". I have been at this facility since October 2021 and was supposed to have a "Inmate Companion" live with me in order to help me with my daily living skills since I am "LEGALLY" Blind and cannot take care of myself without having to pay and support those around me to get me to my medical appointments, callouts, store, chow hall, laundry turn-in, and pickup laundry, help with my legal and institutional issues. The medical director Christopher assured me that I should have a "Inmate Companion" that is provided by the institution and as of this date November 20th, 2024 I still have "NOT" received one from FCI II LOMPOC. I am asking to be transfered to a medical facility that is better equipted to handle the needs of a blind inmate.

November 20th, 2024

| DATE | | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

| DATE | | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: 1219472-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

| DATE | | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

USP LVN                 PRINTED ON RECYCLED PAPER                 BP–229(13)
                                                                  APRIL 1982

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 11, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      LOMPOC II FCI

TO  : IVAN RUEDA, 46536-112
      LOMPOC II FCI     UNT: 4 GP     QTR: H01-009L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID        : 1219472-F2
DATE RECEIVED    : DECEMBER 10, 2024
RESPONSE DUE     : JANUARY 19, 2025
SUBJECT 1        : TRANSFER FOR MEDICAL REASONS
SUBJECT 2        : OTHER MEDICAL MATTERS

Ivan Rueda
Lompoc FCI II
3901 Klein Blvd
Lompoc CA 93436

08-18-2025

To: Warden or Appropriate Staff
    Lompoc Federal Correctional Institution II

(*** Urgent Request For Acccmodation and Notice of Legal Recommendation**)


Dear Warden or Appropriate Staff

Iam writing to urgently address a situation that has been onging during my incarceration at Lompoc FCI II. As a Blind individual, I have Been housed here for over 4 years without proper accommodations for my disability, as under the Americans with Disabilities Act (ADA).

Recently, I filed a petition under 28 U.S.C. § 2241 to seek relief for the inadequate condition I am experiencing. The Ninth Circuit Judge reviewed my petition and recommended that this issue warrants a more serious examination through a civil rights lawsuit. However, befor proceeding with this step, I am making one last request for Lompoc FCI II to address my situation without Additional legal action.

**Specific Issues**
   * I have not been provided with a caregiver or even the necessary assistive tools to navigate the environment safely.
   * The current living conditions pose a significant risk to my safety as evidenced by repeated injuries due to the cramped cel arrangement.
   * I have repeatedly requested a transfer to FCI Terminal Island, where appropriate accommodations, for individuals with my disabilities are reportedly available.

I respectfully urge the administration to take immediate action in orderto provide the necessary accommodations, ensure ADA compliance, andconsider my transfer request. Aprompt response and resolution may prevent the need for further legal proceedings.

I kindly ask for a meeting to discuss possible resolutions and hope for a response without further delay.

Thank you for your Attention to this significant matter. I trust this notice will be received with the seriousness it deseves,and I look foward to your favorable response.

Sincerely,

Ivan Rueda

# BP-8 Request

INFORMAL RESOLUTION REQUEST            DATE: __02-07-25__

NAME: __Rueda__            REG. NO.: __46536-112__  UNIT: __H__

INMATE'S COMPLAINT:

and all BOP staff members involved I want To Greive the Warden Birkholtz for purposely delaying my response to the BP-9 that was submitted on December 16Th, 2024  Remedy ID: 1219472-FZ.  Response date was January 19, 2025 and today's date is February 7Th, 2025.

RELIEF REQUESTED: Provide me with my BP-9 administrative remedy response. Thank you

INMATE SIGNATURE: _____            DATE: __February 7, 2025__

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Warden  or Appropriate Staff | DATE: 8-18-2025 |
|---|---|
| FROM: Ivan Rueda | REGISTER NO.: 45632-112 |
| WORK ASSIGNMENT: N/A | UNIT: **H** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

*****Please See Attachment*****

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                           Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER              SECTION 6

Ivan Rueda 46536-112
Federal Correctional Institute II
3901 Klein Blvd.
Lompoc, CA 93436

LEGAL MAIL




CERTIFIED MAIL

9589 0710 5270 0840 8627 80

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 29 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CV NEW

◇46536-112◇
Office Of The Clerk
United States District Court
255 E Temple St. Rm:Ts134
LOS Angeles, CA 90012
United States

