UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RUEDA,<br>Plaintiff,<br>v.<br>BRYAN BIRKHOLZ et al.,<br>Defendants. | Case No. 2:25-cv-09382-SB-SK<br><br>ORDER OF DISMISSAL |

Plaintiff, a blind inmate in federal custody, filed this action under 42 U.S.C. § 1983 against federal officers in their official capacities. Dkt. No. 1. The magistrate judge screened the complaint and dismissed it with leave to amend. Dkt. No. 10. Plaintiff was thereafter transferred to another facility, and the magistrate judge issued an order to show cause (OSC) why his action should not be dismissed as moot. Dkt. No. 13. In response, Plaintiff acknowledged that his transfer mooted his claims for injunctive relief but sought leave to file a second amended complaint seeking compensatory damages under the Rehabilitation Act for injuries allegedly suffered at his former facility. Dkt. No. 14. After reviewing Plaintiff's response and proposed second amended complaint, the magistrate judge issued another OSC directing Plaintiff to explain why this action should not be dismissed for lack of jurisdiction and warned that failure to timely respond may be construed as "consent[] to the involuntary dismissal—and immediate closure—of this action without prejudice." Dkt. No. 15 at 3. Plaintiff has failed to respond.

The Court finds that the relevant dismissal factors favor dismissal without prejudice, particularly given Plaintiff's failure to respond despite an express warning of dismissal, the resulting delay, and the absence of any apparent viable claim. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

Dismissal is also warranted for lack of subject-matter jurisdiction. Fed. R. Civ. P. 41(b); C.D. Cal. R. 41-1. A separate judgment will issue.

Date: October 21, 2026

Stanley Blumenfeld, Jr.
United States District Judge