JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RUEDA,<br>Plaintiff,<br>v.<br>BRYAN BIRKHOLZ et al.,<br>Defendants. | Case No. 2:25-cv-09382-SB-SK<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this date, it is ordered that this action is dismissed without prejudice.

This is a final judgment.

Date: October 21, 2026

Stanley Blumenfeld, Jr.
United States District Judge